## STATE OF CONNECTICUT *v.* WILSON ORTIZ
(8932)

DALY, LANDAU and HEIMAN, Js.

Argued May 28—decision released June 25, 1991

*Thomas Ullmann,* assistant public defender, for the appellant (defendant).

*Timothy J. Sugrue,* assistant state's attorney, with whom, on the brief, were *Michael Dearington,* state's attorney, and *John Waddock,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.